HENRY MARTIN, Respondent, *v.* FAST THEATRES, INC., Appellant.

Argued June 6, 1952; decided July 15, 1952.

*John J. Scully* for appellant.

*Simon Rosenstock* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.